```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 38582
   DONALD MANNS JR
                                               CHAPTER 13

                                               JUDGE: MANUEL BARBOSA

        Debtor
    SSN XXX-XX-6877
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1. The case was filed on 10/18/04 and confirmed on 01/20/05.

    2. The plan is paid in full.

    3. The Debtor paid a total of $ 13572.85 .

    4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BAXTER CREDIT UNION | SECURED | 6925.00 | 661.58 | 6925.00 |
| ILLINOIS TITLE LOANS | UNSECURED | NOT FILED | .00 | .00 |
| ALBERTSONS #4115 | UNSECURED | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 425.79 | .00 | 62.92 |
| BAXTER CREDIT UNION | UNSECURED | 784.51 | .00 | 115.92 |
| BAXTER CREDIT UNION | UNSECURED | 3973.65 | .00 | 587.17 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CHECK INTO CASH | UNSECURED | NOT FILED | .00 | .00 |
| CHECK N GO OF ILLINOIS | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7045.36 | .00 | 1041.07 |
| US BANK | UNSECURED | NOT FILED | .00 | .00 |
| COTTONWOOD FINANCIAL LTD | UNSECURED | 645.62 | .00 | 95.40 |
| STATE OF ILLINOIS | UNSECURED | NOT FILED | .00 | .00 |
| BAXTER CREDIT UNION | UNSECURED | 4943.95 | .00 | 730.55 |

         Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 6925.00 | .00 | 17818.88 | .00 | 24743.88 |
| PRINCIPAL PAID | 6925.00 | .00 | 2633.03 | .00 | 9558.03 |
| INTEREST PAID | 661.58 | .00 | .00 | .00 | 661.58 |
| TOTAL PAID | 7586.58 | .00 | 2633.03 | .00 | 10219.61 |

The Debtor's attorney, PETER FRANCIS GERACI       , was allowed $   2700.00
and was paid $   2700.00 .

The Trustee received $     580.39 .

Refunds to the Debtor totaled $      72.85 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability

in this case.


Dated: 09/09/08                          /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE










                              PAGE   2
         CASE NO. 04 B 38582 DONALD MANNS JR